THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIAN BERRILLO, Appellant, Impleaded with JOHN GARCIA and LEOPOLD ·PEREZ, Defendants.— Judgment convicting defendant-appellant of the crime of possessing policy slips (Penal Law, §§ 974 and 975) unanimously modified by limiting the sentence to the time already served, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

BANKERS UTILITIES COMPANY, INC., and BUTLER F. GREER, Appellants, v. NATIONAL BANK SUPPLY COMPANY, INC., and Others, Respondents.— Order denying plaintiffs' motion for an order enlarging the time within which to move pursuant to rule 109, subdivision 4, of the Rules of Civil Practice, and denying plaintiffs' motion to strike out defendants' counterclaim pursuant to rule 109, subdivision 4, of the Rules of Civil Practice, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

PHILIP J. KROLL, Doing Business under the Firm Name and Style of P. J. KROLL ENGINEERING ASSOCIATES, Respondent, v. ARCO SERVICE, INC., Appellant.— Action to recover a balance due under the terms of a contract of conditional sale of a cradle-jack for jacking and cradling automobiles. Order granting plaintiff's motion for summary judgment and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

GILES DRILLING CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Action for extra work claimed to have been done under a contract entered into with defendant for the making of borings and tests between Brooklyn and Staten Island for the proposed Narrows Vehicular Tunnel. Judgment dismissing the complaint at the close of plaintiff's case after trial at Trial Term unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of JAMES M. HOOK, Deceased. GEORGE FUCHS, Individually and as Executor, etc., of HATTIE I. FUCHS, Deceased, Appellant, CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, etc., Petitioner-Respondent, JAMES L. SHULTIS and Others, Respondents.— Appeal from so much of a decree of the Surrogate's Court, New York county, settling the account of Central Hanover Bank and Trust Company, as construes the will of James M. Hook, deceased, and directs distribution of the fund in accordance with such construction. Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ. [158 Misc. 771.]

LUCY LOPEZ and PAUL LOPEZ, Respondents, v. IRVING MARGULIES, Appellant. — Action for personal injuries and loss of services. Order granting plaintiffs' motion to set aside verdict of a jury in favor of defendant, and for a new trial upon the ground of newly-discovered evidence, unanimously reversed, with twenty dollars costs and disbursements, the motion denied and the verdict reinstated. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.